UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Scott Johnson,

     Plaintiff,

  v.

Alejandro Ruelas Brambila;
Reynalda Lepe Brambila; and Does
1-10,

     Defendants

Case: 2:13-CV-02490-MCE-KJN

**NOTICE OF DISMISSAL &
ORDER THEREON**

## ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  September 3, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT